UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| FARNUM ALTSON,<br><br>              Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE SERVICE INC.,<br><br>              Defendant. | Case No. CV-17-081-BU-SEH<br><br>JUDGMENT IN A CIVIL CASE |

       **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X ** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff in accordance with the Order issued on today's date.

       Dated this 19th day of March, 2018.

                                  TYLER P. GILMAN, CLERK

                                  By: /s/ A.S. Goodwin
                                  A.S. Goodwin, Deputy Clerk

